Certificate Number: 15317-PAM-DE-037399892

Bankruptcy Case Number: 23-00560


15317-PAM-DE-037399892

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 3, 2023, at 12:35 o'clock PM PDT, Ryan W Walters completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 3, 2023

By: /s/Norma Asiddin

Name: Norma Asiddin

Title: Credit Counselor