Certificate Number: 15317-PAM-DE-037399893

Bankruptcy Case Number: 23-00560


15317-PAM-DE-037399893

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on May 3, 2023, at 12:35 o'clock PM PDT, Samantha M Walters completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 3, 2023

By: /s/Norma Asiddin

Name: Norma Asiddin

Title: Credit Counselor