# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax:  (717) 232-0477 |

June 5, 2023

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re:   Ryan William Walters & Samantha Marie Walters
       BANKRUPTCY CASE NO:4:23-bk-00560

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtors to:

6218 Stanford Court
Mechanicsburg, PA  17050


Please remove old address from the mailing matrix:

542 East Fifth Street
Mount Carmel, PA 17851


Thank you for your attention to this matter.


Sincerely,


/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal