United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00560-MJC
Ryan William Walters  Chapter 7
Samantha Marie Walters
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4　　　　　　　　　User: AutoDocke　　　　　　　　　Page 1 of 3
Date Rcvd: Jul 14, 2023　　　　　　　Form ID: 318　　　　　　　　　Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan William Walters, Samantha Marie Walters, 6218 Stanford Court, Mechanicsburg, PA 17050-2368 |
| 5528230 | + | AFFIRM LOANS, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 5528231 | | AQUA PENNSYLVANIA INC, 762 W LANCASTER AVENUE, BYRN MAWR PA 19010-3489 |
| 5528236 | | KEYSTONE COLLECTIONS GROUP, 546 WENDEL ROAD, IRWIN, PA 15642-7539 |
| 5528239 | + | MT CARMEL SCHOOL DISTRICT, 600 WEST FIFTH ROAD, MT CARMEL, PA 17851-1897 |
| 5528241 | + | PENN FOSTER SCHOOL, 925 OAK STREET, SCRANTON, PA 18515-0901 |
| 5528242 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5528244 | | PPL ELECTRIC UTILITIES CORPORATION, ATTN: BANKRUPTCY DEPT, 827 HAUSMAN ROAD, ALLENTOWN PA 18104-9392 |
| 5528248 | | SYNCB/NETWKR, ATTN: BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5528249 | + | VA MORTGAGE GUARANTEE, DEPT VETS AFFAIRS, REGIONAL LOAN CENTER, 1240 EAST NINTH STREET, CLEVELAND, OH 44199-9904 |
| 5528253 | + | WILLIAM PITCAVAGE, PO BOX 342, MOUNT CARMEL, PA 17851-0342 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jul 14 2023 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5528229 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 14 2023 18:42:00 | ABILITY RECOVERY SERVICES LLC, PO BOX 4031, WYOMING, PA 18644-0031 |
| 5528232 | | Email/Text: Bankruptcy@BAMcollections.com | Jul 14 2023 18:42:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5528233 | | EDI: WFNNB.COM | Jul 14 2023 22:40:00 | CB/VICSCRT, ATTN: BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5528234 | | Email/Text: bankruptcycollections@citadelbanking.com | Jul 14 2023 18:42:00 | CITADEL FCU, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 5528235 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2023 18:51:16 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5528237 | + | Email/Text: Unger@Members1st.org | Jul 14 2023 18:42:00 | MEMBERS 1ST FCU, BK NOTICES, PO BOX 8893, CAMP HILL, PA 17001-8893 |
| 5528238 | + | EDI: AAFES | Jul 14 2023 22:40:00 | MILITARY STAR, 3911 WALTON WALKER, DALLAS, TX 75236-1509 |
| 5528240 | | Email/Text: Bankruptcies@nragroup.com | Jul 14 2023 18:42:00 | NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 5528243 | + | Email/PDF: ebnotices@pnmac.com | Jul 14 2023 18:51:16 | PENNYMAC LOAN SERVICES LLC, 6101 CONDOR DRIVE, STE 310, MOORPARK, CA |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 93021-2602 |
| 5528245 | | Email/Text: bankruptcynotices@psecu.com | Jul 14 2023 18:42:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5528246 | + | EDI: RMSC.COM | Jul 14 2023 22:40:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 5528247 | | EDI: RMSC.COM | Jul 14 2023 22:40:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 5528458 | + | EDI: RMSC.COM | Jul 14 2023 22:40:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5528250 | + | Email/Text: rmcbknotices@wm.com | Jul 14 2023 18:42:00 | WASTE MANAGEMENT, 4300 INDUSTRIAL PARK ROAD, CAMP HILL, PA 17011-5749 |
| 5528251 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jul 14 2023 18:42:00 | WESTLAKE FINANCIAL, 4751 WILSHIRE BLVD STE 100, LOS ANGELES, CA 90010-3847 |
| 5528252 | | EDI: WFFC.COM | Jul 14 2023 22:40:00 | WF/BOBS, CBDRU-PCM, WINSTON SALEM, NC 27102 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5528254 | | ZIP QUAD |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

**Name** **Email Address**

Brian Nicholas
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

James Peter Valecko
on behalf of Creditor Citadel Federal Credit Union pitecf@weltman.com  PitEcf@weltman.com

Kara Katherine Gendron
on behalf of Debtor 1 Ryan William Walters
karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron
on behalf of Debtor 2 Samantha Marie Walters

| | |
|---|---|
| | karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ryan William Walters<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5731<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Samantha Marie Walters<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6490<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:23-bk-00560-MJC | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ryan William Walters

Samantha Marie Walters
fka Samantha Marie Fleck

7/14/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2