United States Bankruptcy Court
Middle District of Pennsylvania

In re:             Case No. 23-00560-MJC
Ryan William Walters        Chapter 7
Samantha Marie Walters
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Jul 14, 2023      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Ryan William Walters, Samantha Marie Walters, 6218 Stanford Court, Mechanicsburg, PA 17050-2368

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

James Peter Valecko
     on behalf of Creditor Citadel Federal Credit Union pitecf@weltman.com PitEcf@weltman.com

Kara Katherine Gendron
     on behalf of Debtor 1 Ryan William Walters
     karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron
     on behalf of Debtor 2 Samantha Marie Walters
     karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Lawrence G. Frank

          lawrencegfrank@gmail.com PA39@ecfcbis.com

Michael Patrick Farrington

          on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com

United States Trustee

          ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ryan William Walters, | Chapter 7 |
| **Debtor 1** | |
| Samantha Marie Walters, fka Samantha Marie Fleck, | Case No. 4:23−bk−00560−MJC |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−5731    xxx−xx−6490

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 14, 2023

**fnldec** (01/22)